In re ENCAPSULATION TECHNOLOGY, LLC.

No. 2009–1377.

United States Court of Appeals, Federal Circuit.

Dec. 23, 2009.

Brian D. Smith, Brian D. Smith, P.C., of Denver, CO, argued for appellant.

Mary L. Kelly, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With her on the brief were Raymond T. Chen, Solicitor, and William G. Jenks, Associate Solicitor.

NEWMAN, LOURIE, and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.